# Proceeding Minutes / Proceeding Memo

**Case #:** 23-51141  **Case Name:** Connie Elaine Keys

**Set:** 06/05/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 4/17/2025 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 05/8/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties.  (Dkt. #86)

Response filed by the Debtor (Dkt. #87)

Minute Entry Re: (related document(s): [86] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) Cuntz to submit an Agreed Order due by 06/19/2025. Email received from Cuntz's office. (mcc)