**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF Mississippi**

**In RE:**

CONNIE ELAINE KEYS

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 3

**Case Number:** 23-51141

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Sprint Corp.**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

[ ] Notice only          [√] Payment only          [ ] Notice & Payment

**<u>PAYMENT ADDRESS</u>**

FROM:

Sprint Corp. by American InfoSource as agent

PO Box 4457

Houston, TX 77210-4457

TO:

Sprint Corp. by American InfoSource as agent

PO Box 661380

Dallas,TX 75266-1380

Date:  08/12/2026

/s/ Henry Makwana

Creditor's Authorized Agent for Sprint Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF Mississippi**

**In RE:**

        **Chapter:**   13

   CONNIE ELAINE KEYS

        **Case Number:** 23-51141

**Debtor(s)**

**Certificate of Service**

I certify that on 08/12/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:


Via CM / ECF / NEF


Attorney for Debtor
THOMAS CARL ROLLINS JR
TROLLINS@THEROLLINSFIRM.COM

Trustee
WARREN A CUNTZ JR
WCUNTZCOURT@GPORT13.COM


/s/ Henry Makwana

_____

Henry Makwana
AIS InfoSource, LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
877-893-8820
POC_AIS@aisinfo.com